THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Bernard
 Locklear, Appellant,
 v.
 Modern Continental
 South, Inc., Respondent.
 
 
 

Appeal From Marlboro County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No.  2009-UP-067
Submitted February 2, 2009  Filed
 February 9, 2009 
AFFIRMED

 
 
 
 Christopher G. Isgett, of Columbia, for Appellant.
 M. Stephen Stubley, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Bernard
 Locklear appeals the circuit court's affirmance of an order by the Appellate
 Panel of the South Carolina Workers' Compensation Commission granting credit to
 Locklear's employer for temporary total disablity paid after he reached maximum
 medical improvement.  Locklear argues the circuit court erred in affirming because
 such credit is expressly prohibited by section 42-9-20 of the South Carolina
 Code (1985).  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Hendricks v. Pickens County, 335 S.C. 405, 416, 517 S.E.2d 698, 704 (Ct.
 App. 1999) (finding circuit court did not err in affirming the Appellate Panel's
 grant of credit to employer for temporary total disability paid after maximum
 medical improvement); S.C. Code Ann. § 42-9-210 (1985) ("Any payments made by an employer to an injured employee
 during the period of his disability . . . which by the terms of this Title were
 not due and payable when made may . . . be deducted from the amount to be paid
 as compensation. . . .").
AFFIRMED.
Huff, Williams,
 and Konduros, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.